No. 118.   Home Beneficial Life Insurance Co., Inc.
*v.* National Labor Relations Board.
Certiorari denied.   *T. Justin Moore* for petitioner.   *Act-*

*ing Solicitor General Washington, Gerhard P. Van Arkel, Morris P. Glushien* and *Ruth Weyand* for respondent.

